# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST     )
FROM GERMANY               )
IN THE MATTER OF         )    Misc. No. 07-
PIRACHA                 )

## GOVERNMENT'S MEMORANDUM OF LAW
## IN SUPPORT OF APPLICATION FOR ORDER

This memorandum of law is submitted in support of the Application for an Order pursuant to Title 28, United States Code, Section 1782, in order to execute a  letter of request from Germany.

## FACTUAL BACKGROUND:

This investigation is being conducted by the German authorities who are investigating a case of alleged fraud.

## EVIDENCE SOUGHT:

The German authorities seek information from a corporation that resides in this District.  The authority for this Court to accede to this request is contained in Title 28, United States Code, Section 1782, which states in part:

> (a)  The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation.  The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.  By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement.  The order may prescribe

the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

The proper criteria for determining whether the court should exercise its discretion in favor of executing the request are outlined in *In Re Request for Judicial Assistance from the Seoul District Criminal Court*, 555 F.2d 720, 723 (9th Cir. 1977) (citation omitted):

> Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal.... [and] that the investigation in connection with which the request is made must relate to a judicial or quasi-judicial controversy.

Moreover, " (t)he judicial proceeding for which assistance is sought ... need not be pending at the time of the request for assistance; it suffices that the proceeding in the foreign tribunal and its contours be in reasonable contemplation when the request is made." *In Re Letter of Request from the Crown Prosecution Services of the United Kingdom*, 870 F.2d 686, 687 (D.C. Cir. 1989).

The letter of request in this case shows that the

information sought is for use in such proceedings in Germany and hence the request comes well within those circumstances contemplated by Congress in expanding the Federal Courts' authority to act in such matters. *In Re Letter of Request from the Crown Prosecution Service of the United Kingdom*, 870 F.2d 686, 689-91 (D.C. Cir. 1989); *In Re Letters Rogatory from the Tokyo District, Tokyo, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976). Therefore, I ask this Court to honor the request for assistance.

The reception of letters of request and the appointment of a Commissioner to execute them are matters customarily handled _ex parte_, and persons with objections to the request raise those objections by moving to quash any subpoenas issued by the Commissioner. *Id.*

**WHEREFORE**, the United States requests that the Court issue an Order, in the form, appended hereto, appointing a Commissioner in order to execute the request for assistance.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:

David L. Hall
Assistant U.S. Attorney
1007 Orange Street
Wilmington, DE    19801
(302) 573-6277

Dated: 10 JAN 07

Certified Translation from the German Language

Public Prosecutors Office                                        HESSE
to Frankfurt am Main Regional Court                    Crest
The Executive Senior Public Prosecutor
– International Mutual Assistance –

Postal address: Staatsanwaltschaft bei dem Landgericht • 60256 Frankfurt am Main

| Case number please quote!<br>**9406 AR 201268/06 RH** | Extension<br>8163 | Date<br>August 16, 2006 |
|---|---|---|

To the
Investigative authorities
responsible for Newark
in the United States of America

**International mutual assistance in a criminal matter**
Request for police interview of witnesses in preliminary proceedings against Shoukat
Hayat PIRACHA and others for suspected fraud

**Enclosures:** 2 documents

Dear Sir or Madam,

Frankfurt am Main Public Prosecutors Office is conducting preliminary proceedings un-
der case number 7670 Js 207387/04 against the Pakistani citizen

> Shoukat Hayat PIRACHA, born ███████████ in ██████████
> currently in pretrial detention at Weiterstadt Prison,

for fraud in an especially serious case based on the following facts:

Inquiries have determined that in the period from 1999 to 2003, Accused before trial
PIRACHA was the de facto managing director of the company Global Telekommunika-
tion Service GmbH, Kaiserstrasse 40 in 60329 Frankfurt am Main. Jabbeen ZEURS,
nee Quarashi, Shahabuddin SAADI and Munir AFZAL were entered one after the other
as formal managing director of Global Telekommunikation Service GmbH. The acts of
the formally nominated members and/or managing directors of the company were
limited largely to external formalities, such as signing account opening documents or
other contracts.

There were close ties between Global Telekommunikation Service GmbH and the
company Alpha Omega International Inc. 36 West 35 Street, New York NY 11001,
which received moneys from Global Telekommunikation Service GmbH.

This company was also run by Accused before trial Shoukat PIRACHA in the back-
ground.

60256 Frankfurt am Main          Tel +49(0) 60 1367-8163      Email: poststelle@sta-frankfurt.justiz.hessen.de
GERMANY                          Fax +49(0) 60 1367-6210

Submission of electronic documents is permitted - see www.sta-frankfurt.justiz.hessen.de

-2 -

The Global Telekommunikation Service GmbH dominated and run by Shoukat PI-
RACHA entered into agreements with carriers/network operators for blocks of tele-
phone minutes. Shoukat PIRACHA or the persons acting for him purported to sell
these minute blocks via prepaid calling cards with the designation "Galaxy", "New
Galaxy" and others to end users and use the proceeds to settle the invoices from the
providers. Initially, the payment obligations were regularly met in order to create a
basis of trust that enabled the Accused before trial to sell their own calling cards. In
fact, this behavior was intended to wrongly suggest the company's willingness and
ability to pay and so deceive the carriers about the true intentions of Shoukat PI-
RACHA and thus lull them into a false sense of security. Having established this basis
of trust and sustaining the mistake about the true intentions of Shoukat PIRACHA and
the persons acting for him, the blocks of telephone minutes were increased drasti-
cally. Thereafter the calling card proceeds generated by Shoukat PIRACHA from
throughout Germany were no longer used to pay invoices but, with the intention of
harming the carriers, moved abroad via accounts held by Accused before trial



    Aslam PIRACHA
    born on
    residing at              Sargodha, Pakistan

and Accused before trial
    Moazzam PARACHA, alias Moazam PARACHA, alias Moazzam PIRACHA,
    born              in Faisalabad,
    residing at              Pakistan

in order to secure the proceeds of the offense and put the same beyond the reach of
the prosecution authorities.

Altogether, EUR 13,240,478.84 from calling card sales were credited to the accounts
of Aslam PIRACHA and Moazzam PARACHA.

Shoukat PIRACHA has been held in pretrial detention since March 31, 2006.

The facts described above justify the suspicion of fraud in an especially serious case
contrary to Section 263 Subsection 1 and 3 Number 2 of the German Criminal Code.
The aforementioned section is worded as follows:

**Section 263 Criminal Code**
Section 1

Whoever, with the intention to procure an illegal pecuniary benefit for himself or a
third party, damages the property of another by causing or maintaining a misconcep-
tion through pretences of false facts or through misrepresentation or suppression of
true facts shall be punished by imprisonment not exceeding five years or a fine.

Section 2

...

- 3 -

## Section 3

In especially serious cases the punishment shall be imprisonment from six months to ten years. An especially serious case arises, as a rule, if the perpetrator:

1.
...

2.
causes an asset loss of great magnitude or by the continued commission of fraudulent acts with the intention of placing a large number of persons in danger of losing assets.

From the inquiries conducted to date, the calling card proceeds of Shoukat PIRACHA from throughout Germany, i.e. the proceeds of the offense, were deposited inter alia to the accounts of Aslam PIRACHA and Moazzam PARACHA at the Dresdner Bank AG, for which Shoukat PIRACHA also had signatory powers.

Evaluation of the Dresdner Bank AG checking accounts of Aslam PIRACHA (number ███████████ and Moazzam PARACHA███████████████████ revealed inter alia the following check debits in the period from 2000 to 2002:

Moazzam PARACHA (number████████████████

| Issue date | Amount USD | Submitting Bank | Beneficiary/check number |
|---|---|---|---|
| October 6, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam PIRACHA |
| October 6, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam PIRACHA ████████ |

Aslam PIRACHA (number██████████████

| Issue date | Amount USD | Submitting Bank | Beneficiary/check number |
|---|---|---|---|
| October 27, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam Hayat PIRACHA ▶ |
| July 6, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam Hayat PIRACHA ██████ |
| February 3, 2001 | USD 125,000 | Chase Manhattan Bank (USA) | Aslam Hayat PIRACHA ██████ |

Copies of the documents obtained in the present preliminary proceedings relating to these check debits have been enclosed as **Attachment 1**.

For the further inquiries, it has to be established to which persons the proceeds of the calling card sales were directed and how the said proceeds were used.

The account(s) of the beneficiaries of the checks at the Chase Manhattan Bank are not known.

- 4 -

To secure the claims of the aggrieved persons, Frankfurt am Main Local Court issued an attachment order on March 14, 2006 against Accused before trial PIRACHA to the amount of EUR 13,240,478.84.

Inquiries requested in your country:

In the light of the above, may I request for the further determination of the facts police interviews and determination of the personal data of the employees of Chase Bank USA NA (until March 1 2005 Chase Manhattan Bank USA, NA) 1st Floor, 200 White Clay Center Drive, Newark, DE 19711, USA, who were involved in the opening and handling of the accounts.

Then may I ask that the following questions be put to the witnesses:

1.    What is your position at Chase Bank, Newark?

2.    To which accounts were the following checks credited at Chase Bank NA?

Moazzam PARACHA (number ████████████)

| Issue date | Amount USD | Submitting Bank | Beneficiary/check number |
|---|---|---|---|
| October 6, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam PIRACHA |
| October 6, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam PIRACHA ████████ |

Aslam PIRACHA (number 09753 370 00)

| Issue date | Amount USD | Submitting Bank | Beneficiary/check number |
|---|---|---|---|
| October 27, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam Hayat PIRACHA ████████ |
| July 6, 2000 | USD 50,000 | Chase Manhattan Bank (USA) | Aslam Hayat PIRACHA ████████ |
| February 3, 2001 | USD 125,000 | Chase Manhattan Bank (USA) | PIRACHA S ████████ |

3.    Please provide the personal data of the account holder(s).

4.    Were or are there for Shoukat PIRACHA, Aslam PIRACHA, born ████████ ████ in Sargodha, and Moazzam PARACHA, alias Moazam PARACHA, alias Moazzam PIRACHA, born on ████████████████████ in Faisalabad, bank accounts, security accounts, or safe deposit boxes?

5.    Which bank accounts, security accounts, or safe deposit boxes were or have there been from January 1 [no year in original], to the present day?

6.    Who opened these accounts and when?

- 5-

7.    Who had signatory and disposal powers for the bank accounts/security ac-
      counts/safe deposit boxes?

8.    What account movements have there been since January 1, 2000?

9.    What is the current balance on the account(s)?

May I also ask that the witnesses be requested to make available all documents per-
taining to the opening and closing of accounts, rights of disposal, signature cards,
powers of attorney, check and security account statements since January 1, 2000,
payment orders and slips - in so far as they exceed the equivalent of EUR 1,000.--,
correspondence relating to the account and references to powers of disposal over
other accounts and that the same be sent to this office together with the records of
interview.

On August 9, 2006, Frankfurt am Main Local Court decided, ruling enclosed as **At-
tachment 2**, that the confiscation of all documents pertaining to the accounts of the
aforementioned persons at Chase Bank NA USA, Newark and the searching of safe
deposit boxes at the said bank were necessary.

I thank you for your efforts in advance.

Yours truly,

pp
hand-written signature illegible
Busch
Public Prosecutor
stamp: Public Prosecutors Office to Frankfurt am Main Regional Court

9406 AR 201268/06 RH

**Attachment 1**

**Certificate**

It is hereby certified that the following enclosures are unaltered photocopies of the documents held by Frankfurt am Main Public Prosecutors Office under case number 7670 Js 207387/04 in conjunction with the preliminary proceedings being conducted.

Frankfurt am Main, August 16, 2006
Public Prosecutors Office to Frankfurt am Main Regional Court
The Executive Senior Public Prosecutor
pp

pp
hand-written signature illegible
Denny
Public Prosecutor
stamp: Public Prosecutors Office to Frankfurt am Main Regional Court



A/C #674003 663265



CMB 5001-19 Jun00

+49 69 26317148.

| | Ort/Datum | Unsere Zeichen | Durchwahl/... |
|---|---|---|---|
| AZV/Schecks | Frankfurt/M 28.06.00 | | FAX 51022 TEL 54190 |
| Kurzmitteilung | | | 51167 52478 |

UNTERSCHRIFT nach UNT abweichend, bitte PRÜFEN
und DISPONIEREN. RÜCKGABE bis 11.30 Uhr erbeten.

International Center

Anbei erhalten Sie Unterlagen
☐ n.Erledigung Ihres Schreibens vom
☐ mit Dank zurück      ☐ zu Ihrer Information
mit der Bitte um
☐ Anruf      ☐ Rückgabe
☐ Behandlung wie besprochen      ☐ Rücksprache
☐ Entscheidung      ☐ Stellungnahme
☐ Erledigung/Bearbeitung      ☐ Unterschrift/
☐ Genehmigung         Gegenzeichnung
☐ Prüfung
☐ Weiterleitung an:

gV.

ng.

2. Anfrage

Wenzel
-55260

◭ Dresdner Bank
Aktiengesellschaft
Frankfurt am Main

102'9

Zahlen Sie gegen diesen Scheck    DM od. EUR    Betrag

Fünfftausend U.S.$    U.S.$    50,000 U.S.$

Betrag in Buchstaben

Frankfurt

nach Betrag in Buchstaben

an Adam Hoyt F Piracha 06.6.2000
oder Überbringer      Datum

Verwendungszweck

Unterschrift des Ausstellers

4000004021434◄ 0175654004    500600001 01◄

Bitte dieses Feld nicht beschriften und nicht bestempeln.





PAY TO THE ORDER OF ANY
BANK, BANKER OR TRUST COMPANY
ALL PRIOR ENDORSEMENTS GUARANTEED
NEW YORK, N.Y. _____ 260
PRIOR EN

NOV 01 2000

CHASE MANHATTAN BANK
CHECK COLL DEPT (718) 242-8650
OUR REF. #OMB



CHASE | REGISTERED

The Chase Manhattan Bank
Chase MetroTech Center, 6th Floor
Brooklyn, NY, 11245

POSTEINGANG
-9. 11. 00   8-9
Dresdner Bank AG
Region Rhein- Main

NOVEMBER 1, 2000

DRESDNER BANK A G
POSTFACH 11 06 61
FRANKFURT MA GERMANY D 60041

WE ENCLOSE THE FOLLOWING ITEM FOR COLLECTION AND FINAL PAYMENT:

    CHECK NUMBER : 4000004035756
    AMOUNT       : 50,000.00 DEUTCHE MARC
    DATED        : OCTOBER 27, 2000
    DRAWN ON     : DRESDNER BANK



PAYMENT INSTRUCTIONS:
REMIT PROCEEDS BY CHIPS OR FEDWIRE TO CHASE MANHATTAN BANK, NEW YORK
(CHASUS33).   UNDER CHIPS BANK NUMBER 002 OR FEDWIRE ABA 021000021 AND
QUOTE OUR COLLECTION REFERENCE NUMBER CMB3868-01NOV00 AND OUR ACCOUNT
NUMBER 323-5-18869.

IF PAYMENT IS MADE BY CHECK, REMIT CASHIERS CHECK TO:

    CHASE MANHATTAN BANK
    GLOBAL CHECK COLLECTION DEPARTMENT
    CHASE METROTECH CENTER - 6TH FLOOR
    BROOKLYN, NEW YORK 11245
    PHONE: (718) 242-7253



IF ITEM IS NOT PAID AT FIRST PRESENTATION, PLEASE RETURN WITH REASON
IMMEDIATELY, UNLESS OTHERWISE INSTRUCTED.  DO NOT HOLD FOR THE CONVENIENCE
OF THE MAKER.

THIS COLLECTION IS SUBJECT TO THE UNIFORM RULES FOR COLLECTION ICC
PUBLICATION 522.

REFER ALL INQUIRES TO OUR ABOVE ADDRESS AND TELEPHONE NUMBER QUOTING OUR
REFERENCE.

                        BEST REGARDS,

                GLOBAL CHECK COLLECTIONS
                COLLECTION REFERENCE NUMBER: CMB3868-01NOV00

DREST BK FFM SER2000

Ort/Datum                    Unsere Zeichen          Durchwahl/Hausanf

/Scheks                      Frankfurt/M                          FAX 51022
                                                                  TEL 54190

urmittelung                                                           51167
                                                                      52478

UNTERSCHRIFT nach UNT abweichend, bitte PRÜFEN

und DISPONIEREN. RÜCKGABE bis 11.30 Uhr erbeten.

Anbei erhalten Sie Unterlagen
□ In Erledigung Ihres Schreibens vom
□ mit Dank zurück                                    □ zu Ihrer Information
mit der Bitte um
□ Anruf                                              □ Rückgabe
□ Behandlung wie besprochen                          □ Rücksprache
□ Entscheidung                                       □ Stellungnahme
□ Erledigung/Bearbeitung                             ☑ Unterschrift
□ Genehmigung                                        Gegenzeichnung
□ Prüfung
□ Weiterleitung an:

2. Hol. Fr.

2. Anfrage

**Dresdner Bank**
Aktiengesellschaft
Frankfurt am Main

Zahlen Sie gegen diesen Scheck                DM od. EUR      Betrag
Fifty Thousand Dollars         U.58          50,000/=U.58
Betrag in Buchstaben                                         New York

noch Betrag in Buchstaben                     Ausstellungsort
an Aslam Hayat Ri cha                         27.10.2000
oder Überbringer                              Datum

Verwendungszweck                              Unterschrift des Ausstellers

4000004035754 0975337000H          500Ê0000V 01H

Leider keine Ch-Karte im Ordner

Bitte an Betreuer wenden.

Zentraler Servicebereich
Region Rhein-Main
PdlE 2, 7. OG Fach 16







The Chase Manhattan Bank
4 Chase MetroTech Center, 6th Floor
Brooklyn, NY 11245

NOVEMBER 22, 2000

DRESDNER BANK A G-DUSSELDORF
POSTFACH 11 06 61
FRANKFURT MA GERMANY D 60041

WE ENCLOSE THE FOLLOWING ITEM FOR COLLECTION AND FINAL PAYMENT:

    CHECK NUMBER  : 4000004036757
    AMOUNT        : 50,000.00 UNITED STATES DOLLARS
    DATED         : NOVEMBER 10, 2000
    DRAWN ON      : DRESDNER BANK

PAYMENT INSTRUCTIONS:
REMIT PROCEEDS BY CHIPS OR FEDWIRE TO CHASE MANHATTAN BANK, NEW YORK,
(CHASUS33). UNDER CHIPS BANK NUMBER 002 OR FEDWIRE ABA 021000021 AND
QUOTE OUR COLLECTION REFERENCE NUMBER CMB3023-22NOV00 AND OUR ACCOUNT
NUMBER 323-5-18869.

IF PAYMENT IS MADE BY CHECK, REMIT CASHIERS CHECK TO:

    CHASE MANHATTAN BANK,
    GLOBAL CHECK COLLECTION DEPARTMENT
    4 CHASE METROTECH CENTER - 6TH FLOOR
    BROOKLYN, NEW YORK - 11245
    PHONE (718) 242-7253

IF ITEM IS NOT PAID AT FIRST PRESENTATION, PLEASE RETURN WITH REASON
IMMEDIATELY, UNLESS OTHERWISE INSTRUCTED.  DO NOT HOLD FOR THE CONVENIENCE
OF THE MAKER

THIS COLLECTION IS SUBJECT TO THE UNIFORM RULES FOR COLLECTION ICC
PUBLICATION 522

REFER ALL INQUIRES TO OUR ABOVE ADDRESS AND TELEPHONE NUMBER QUOTING OUR
REFERENCE.

                        BEST REGARDS,

                        GLOBAL CHECK COLLECTIONS
                        COLLECTION REFERENCE NUMBER: CMB3023-22NOV00







*registered*

The Chase Manhattan Bank
4 Chase MetroTech Center, 6th Floor
Brooklyn, NY 11245

JUNE 15, 2000

409/11/81

14/28

DRESDNER BANK A G
POSTFACH 11 06 61
FRANKFURT MA GERMANY D 60041

WE ENCLOSE THE FOLLOWING ITEM FOR COLLECTION AND FINAL PAYMENT:

CHECK NUMBER : 4000004021433
AMOUNT      : 50,000.00 UNITED STATES DOLLARS
DATED       : JUNE 7, 2000
DRAWN ON    : DRESDNER BANK AKT

PAYMENT INSTRUCTIONS:
REMIT PROCEEDS BY CHIPS OR FEDWIRE TO CHASE MANHATTAN BANK, NEW YORK
(CHASUS33). UNDER CHIPS BANK NUMBER 002 OR FEDWIRE ABA 021000021 AND
QUOTE OUR COLLECTION REFERENCE NUMBER CMB5013-15JUN00 AND OUR ACCOUNT
NUMBER 323-5-18869.

IF PAYMENT IS MADE BY CHECK, REMIT CASHIERS CHECK TO:

CHASE MANHATTAN BANK
GLOBAL CHECK COLLECTION DEPARTMENT
4 CHASE METROTECH CENTER - 6TH FLOOR
BROOKLYN, NEW YORK  11245
PHONE: (718)242-7253

ITEM IS NOT PAID AT FIRST PRESENTATION, PLEASE RETURN WITH REASON
IMMEDIATELY, UNLESS OTHERWISE INSTRUCTED.  DO NOT HOLD FOR THE CONVENIENCE
OF THE MAKER.

THIS COLLECTION IS SUBJECT TO THE UNIFORM RULES FOR COLLECTION ICC
PUBLICATION 522.

REFER ALL INQUIRES TO OUR ABOVE ADDRESS AND TELEPHONE NUMBER QUOTING OUR
REFERENCE.

BEST REGARDS,

GLOBAL CHECK COLLECTIONS
COLLECTION REFERENCE NUMBER: CMB5013-15JUN00





635 - Credit To The Account Of The Within Named Payee   635
Absence of Endorsement Guaranteed
CHASE MANHATTAN BANK
NEW YORK

PAY TO THE ORDER OF ANY
BANK OR TRUST COMPANY
NEW YORK CLEARING HOUSE
PRIOR ENDORSEMENTS GUARANTEED

MAR 13 2000

CHASE MANHATTAN BANK
CHECK COLL. DEPT. (718) 242-0052
OUR REF. NO. 3 0 8 5 - 1 3 / 2 0



The Chase Manhattan Bank
4 Chase Metrotech Center, 6th Floor
Brooklyn, NY 11245

MARCH 13, 2001

DRESDNER BANK A G
POSTFACH 11 06 61
FRANKFURT MA GERMANY D 60041

WE ENCLOSE THE FOLLOWING ITEM FOR COLLECTION AND FINAL PAYMENT:

```
CHECK NUMBER : 40000035765
AMOUNT       : 125,000.00 UNITED STATES DOLLARS
DATED        : MARCH 2, 2001
DRAWN ON     : DRESDNER BANK A G
```

PAYMENT INSTRUCTIONS:
REMIT PROCEEDS BY CHIPS OR FEDWIRE TO CHASE MANHATTAN BANK, NEW YORK
(CHASUS33) , UNDER CHIPS BANK NUMBER 002 OR FEDWIRE ABA 021000021 AND
QUOTE OUR COLLECTION REFERENCE NUMBER CMB3985-13MAR01 AND OUR ACCOUNT
NUMBER 2317-28869.

IF PAYMENT IS MADE BY CHECK, REMIT CASHIERS CHECK TO:

CHASE MANHATTAN BANK
GLOBAL CHECK COLLECTION DEPARTMENT
4 CHASE METROTECH CENTER - 6TH FLOOR
BROOKLYN, NEW YORK 11245
PHONE: (718)242-7253

IF ITEM IS NOT PAID AT FIRST PRESENTATION, PLEASE RETURN WITH REASON
IMMEDIATELY, UNLESS OTHERWISE INSTRUCTED. DO NOT HOLD FOR THE CONVENIENCE
OF THE MAKER.

THIS COLLECTION IS SUBJECT TO THE UNIFORM RULES FOR COLLECTION ICC
PUBLICATION 522.

REFER ALL INQUIRES TO OUR ABOVE ADDRESS AND TELEPHONE NUMBER QUOTING OUR
REFERENCE.

BEST REGARDS,

GLOBAL CHECK COLLECTIONS
COLLECTION REFERENCE NUMBER: CMB3985-13MAR01

[date partly obscured] April 2001 12:18 IPOS CS DevPos - Transactions per currency P312771

## Transactions per currency

| | | | |
|---|---|---|---|
| Currency (ISO code) | USD | Active/historic | historic |
| Outgoing/incoming: | debit | Rate type | average |
| Closing date | 29.03.2001 | Item type | customer |
| Reference number | 406772903 | Amount of | 0.00 |
| | | Amount up to | 0.00 |

Reporting unit          40000

| Currency | Amount | V/N | Reference | External reference | Time | CD |
|---|---|---|---|---|---|---|
| USD | -125.00 | V | 406772903 | | 29/10.46.04 | Entered |

handwritten:
0.87752      684647
USD 124,875., VK to [illegible]
[illegible] 2.4. ca. 14.30

FREMDE REF-NR:
4000004035765

FREMDE REF-NR:H
CMB3985-13MAR01
IM AUFTRAG VON:
DRESDNER BANK AG
FRANKFURT/M

LEITWEG S:010
LEITWEG H:404

ZU GUNSTEN VON:
THE CHASE MANHATTAN BANK
4 CHASE METROTECH CENTER

BEKA/LAND  001B30/400

MITTEILUNGEN AN
/BNF/
PAYMENT IS FINAL ON VALUE DATE
SETTLEMENT FOR COLLECTION NO.
CMB3985-13MAR01      30.03.01
USD 1265.000/-/ LESS OUR CHARGES

Closing note value date-direct
New transaction

***Reprint***

Date   April 02, 2001                    Contract no. 684647/ 1
Time  14:41

Dealer       P462902

Spot                                Customer                  Our sale
Customer   400/0000001      AzV        Full businessman   1
Ref no.      487/02.04

| Our purchase (customer sells) | | Our sale (customer buys) |
|---|---|---|
| EUR   142,204.45 | Rate 0.877520 | EUR   124,875.00 |
| Val   April 2, 2001 | Val Opt. | Val   April 2, 2001 |
| Acc   see below | | Acc   see below |

Dealer remun.          Fee 0.00      Dupl.Orig: 0 Third: N      Supervisor

Address                              Text to order
                                     re item correction Mr. Treitz

Scheduling                           Obtaining sale:
                                     Th. rec.
Obtaining purchase:                  Interm 1
Our rec.                             Interm 2
                                     Interm 3
                                     Our pay

Spot                    Closing
                                     Value date April 2. 2001

| Our purchase | Spot rate 0.877600<br>Swap: 0.80 | Our sale (customer buys) |
|---|---|---|
| EUR 124,875.00 | Forward: 0.877520 | EUR 142,204.45 |

9406 AR 201268/06 RH

## <u>Certificate</u>

It is hereby certified that the following enclosure is an unaltered photocopy of the ruling of Frankfurt am Main Public Local Court dated August 9, 2006
Frankfurt am Main, August 16, 2006

Public Prosecutors Office to Frankfurt am Main Regional Court
The Executive Senior Public Prosecutor

pp

hand-written signature
Denny
Public Prosecutor
Ribbon and seal: Public Prosecutors Office to Frankfurt am Main Regional Court

-2-

**Grounds:**

The documents could be of importance as evidence in the inquiries into suspected organized fraud - in particular for determining the movement of payments.

Frankfurt am Main, this [no date]
Local Court, Department 931

Dr. Dürbeck
Local Court Judge

outline of stamp illegible

Certified a true translation of the document before me to the best of my knowledge and ability.
At: Frankfurt am Main
On: September 14, 2006

Frankfurt am Main Local Court
Gerichtsstrasse 2 (Building B Post Code 60313)
Telephone (069) 13 67 - 01
Fax (069) 13 67 - 20 30

Postal address Amtsgericht Frankfurt 60258 Frankfurt am Main

Case number: 7670 Js 207387/04 - 931 Gs

Frankfurt am Main Local Court
Investigating Judge

In the preliminary proceedings against

Shoukat Hayat PIRACHA
born on ███████████ in Karachi, Pakistan
residing at ████████████
currently: Weiterstadt Prison
and others

for suspected breach of Section 263 Criminal Code

upon application of Frankfurt am Main Public Prosecutors Office

a)
pursuant to Section 94 Subsection 2, 98 Code of Criminal Procedure for the period
from January 1 2000 to August 8, 2006, the confiscation of all documents relating to
current and old bank accounts of the

-    beneficiary account holder(s) for check deposits at Chase Bank USA NA, 1st
     Floor, 200 White Clay Center Drive, Newark, DE 19711, USA drawn on the
     Dresdner Bank AG, accounts number 09 751 294 00 (Moazzam PARACHA) and
     number 09753 370 00 (Aslam PIRACHA)

-    Shoukat Hayat PIRACHA, born on ████████████ in Karachi, Pakistan

-    Aslam PIRACHA, born on ████████████ in Sargodha,

-    Moazzam PARACHA, alias Moazam PARACHA, alias Moazzam PIRACHA, born on
     ████████████ in Faisalabad,

at Chase Bank USA NA, 1st Floor, 200 White Clay Center Drive, Newark, DE 19711,
USA for which they had sole or joint signatory powers.

b)
pursuant to Sections 103, 105 Code of Criminal Procedure, the searching of the safe
deposit boxes at the said bank for these persons.

is hereby declared necessary.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

IN RE LETTER OF REQUEST )
FROM GERMANY )
IN THE MATTER OF ) Misc No. 07-
PIRACHA )

<u>ORDER</u>

Upon application of the United States of America; and upon examination of a letter of request from Germany whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Germany and the Court being fully informed in the premises, it is hereby

**ORDERED**, pursuant to Title 28, United States Code, Section 1782, that David L. Hall, Assistant United States Attorney, hereby is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the German authorities as follows:

1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Germany, which procedures may be specified in the request or provided by the German authorities;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the German authorities.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

Dated: This _____ day of _____, 2007.


_____
United States District Court Judge

2